J. Paul Sizemore
**Sizemore Taylor, LLP**
2101 Rosecrans Ave., Suite 5290
El Segundo, CA 90245
Telephone: (310) 322-8800
Fax: (310) 322-8811

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:06-cv-00454-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Edith Stubbs,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer Inc, Cameron Jones, M.D., Rheumatology Specialists of Kansas City, P.C.,<br><br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Come now the Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice as to all parties,** with each side bearing

//
//
//
//
//
//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

its own attorneys' fees and costs.

DATED: Jan 20, 2011     By: _____
                        SIZEMORE TAYLOR, LLP
                        2101 Rosecrans Ave., Suite 5290
                        El Segundo, CA 90245
                        Telephone: (310) 322-8800
                        Fax: (310) 322-8811

                        *Attorneys for Plaintiffs*

DATED: _____, 2011    By: _____
                        HORN AYLWARD & BANDY, LLC
                        2600 Grand Boulevard, Suite 500
                        Kansas City, MO 64108
                        Telephone: (816) 421-0700
                        Fax: (816) 421-0899

                        *Attorneys for Rheumatology Specialists of Kansas City, P.C.*

DATED: 1/28, 2011       By: /S/
                        DLA Piper US LLP
                        1251 Avenue of the Americas
                        New York, NY 10020
                        Telephone: (212) 335-4500
                        Facsimile: (212) 335-4501

                        *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011     _____
                        Hon. Charles R. Breyer
                        United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2011    By:_____
                           **SIZEMORE TAYLOR, LLP**
                           2101 Rosecrans Ave., Suite 5290
                           El Segundo, CA 90245
                           Telephone: (310) 322-8800
                           Fax: (310) 322-8811

                           *Attorneys for Plaintiffs*

DATED: 1/24, 2011    By: *Diana M. Jordison*
                           **HORN AYLWARD & BANDY, LLC**
                           2600 Grand Boulevard, Suite 500
                           Kansas City, MO 64108
                           Telephone: (816) 421-0700
                           Fax: (816) 421-0899

                           *Attorneys for Rheumatology Specialists of Kansas City, P.C.* + Cameron Jones, M.D.

DATED: \_\_\_\_\_, 2011    By:_____
                           **DLA Piper US LLP**
                           1251 Avenue of the Americas
                           New York, NY 10020
                           Telephone: (212) 335-4500
                           Facsimile: (212) 335-4501

                           *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011

Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**